1174

No. 95–1161. LEECO, INC. v. BURNS ET AL. Sup. Ct. Ky. Certiorari denied.

No. 95–1165. MOORE ET UX. v. PATTERSON, BELKNAP, WEBB & TYLER ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–1166. MCDONALD ET UX., INDIVIDUALLY AND AS NEXT FRIENDS AND GUARDIANS OF MCDONALD, A MINOR, ET AL. v. PROVIDENT INDEMNITY LIFE INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–1174. GHALI v. KENTUCKY. Cir. Ct. Campbell County, Ky. Certiorari denied.

No. 95–1177. CHATTERJEE v. CITY OF BATON ROUGE ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 95–1179. NEIGHBOUR v. COVERT ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–1180. JONES v. FULTON COUNTY BOARD OF COMMISSIONERS ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–1188. CLARKE v. HALL ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–1189. URBAN v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 95–1192. TITAN SPORTS, INC., DBA WORLD WRESTLING FEDERATION v. VENTURA, DBA JESSE "THE BODY" VENTURA, AKA JANOS. C. A. 8th Cir. Certiorari denied.

No. 95–1203. MCCOY ET AL. v. MITSUBOSHI CUTLERY, INC. C. A. Fed. Cir. Certiorari denied.

No. 95–1207. GRECO v. ATWOOD & CHERNY ET AL. App. Ct. Mass. Certiorari denied.

No. 95–1237. BLACK v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.